UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 16-20362 CIV Ungaro

ADRIANA ARIAS

    Plaintiff

v.

CARMAX BUSINESS SERVICES LLC d/b/a
CARMAX AUTO FINANCE

    Defendant

_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, ADRIANA ARIAS, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) hereby voluntarily dismisses this cause with prejudice, the parties having resolved all matters related thereto, and no Defendant having made an appearance in this matter. The Court reserves jurisdiction solely for the purpose of enforcing the terms of any settlement agreement.

WE HEREBY CERTIFY that the above has been filed via the e-service system, and e-mailed to Seam Park, Esq. at seam_park@carmax.com on this 24th day of February, 2016.

Respectfully Submitted by:
/S/ Jason Weaver_____
Jason Weaver Esq.
FBN 0392596
Jason Weaver P.A.
2750 N. 29th Ave Ste. 120
Hollywood FL 33020
(954) 870-4090
jason@jasonweaverpa.com