UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-20362-UU

ADRIANA ARIAS,

    Plaintiff,

v.

CARMAX BUSINESS SERVICES LLC, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon *sua sponte* examination of the record.

THIS COURT has reviewed the pertinent portions of the record, and being otherwise fully advised in the premises. It is hereby

On February 25, 2016, this Court entered an Order regarding its Notice of Court Practices. D.E. 10. In the Order, the Court required that the parties file all papers related to the settlement reached between the parties by March 11, 2016, and if the papers were not filed, then all pending claims will be dismissed without further notice. *Id.* To date, the parties have not filed such papers related to the settlement. Accordingly, it is hereby

ORDERED AND ADJUDGED that this action is DISMISSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf